

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> Gregorio PEREZ-Perez, ) <br> ) <br> ) <br> ) <br> Defendant. ) | Magistrate Docket No. '21 MJ02497 <br><br> COMPLAINT FOR VIOLATION OF: <br> Title 18 U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Felony) <br><br> Title 8, USC 1326 Deported Alien Found In The United States |

The undersigned complainant being, duly sworn, states:

### COUNT ONE

On or about June 18, 2021, within the Southern District of California, defendant Gregorio PEREZ-Perez, did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18 United States Code, Section 1114, to wit a Department of Homeland Security, United States Customs and Border Protection, United States Border Patrol Agent, while the Officer was engaged in the performance of his official duties, such acts involving physical contact with the Officer; in violation of Title 18, United States Code, Section 111(a)(1) a felony.

## COUNT TWO

On or about June 18, 2021, within the Southern District of California, defendant, Gregorio PEREZ-Perez, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Matthew R. Kucewicz
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JUNE 21, 2021.

HON. MITCHELL D. DEMBIN
United States Magistrate Judge

CONTINUATION OF COMPLAINT:

Gregorio PEREZ-Perez

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On June 18, 2021, Border Patrol Agent C. Copenhaver was conducting assigned duties in the Brown Field Border Patrol Station's area of responsibility. Agent Copenhaver was wearing his Border Patrol issued rough duty uniform. Border Patrol Agent A. Cifuentes was assigned as Mobile Surveillance Capabilities operator. At approximately 4:10 A.M., Agent Cifuentes observed three individuals walking through the brush in an area known to Border Patrol agents as the "63 Gate." Agent Copenhaver responded to the area where the three individuals were last seen by Agent Cifuentes. Agent Cifuentes was able to guide Agent Copenhaver to where the three individuals were approaching.

At approximately 4:13 A.M., Agent Copenhaver encountered the three individuals and identified himself as a United States Border Patrol agent. This area is approximately 5.5 miles north of the United States/ Mexico International Boundary, and approximatley 7.85 miles east of the Tecate, California Port of Entry. One of the individuals, later identified as the defendant, Gregorio PEREZ-Perez, ran away from Agent Copenhaver but due to the lack of visibility, tripped and fell into some bushes. Agent Copenhaver was able to catch up to where PEREZ fell and again announced that he was a Border Patrol agent. Agent Copenhaver commanded PEREZ not to move, but PEREZ did not comply, rose to his feet and grabbed Agent Copenhaver by the shirt sleeves. PEREZ then attempted to throw Agent Copenhaver to the ground, clinched a fist, and attempted to strike Agent Copenhaver but missed. PEREZ then pushed Agent Copenhaver and again attempted to run away. Agent Copenhaver removed his agency issued taser from the holster and deployed it to PEREZ's back. PEREZ became immobilized and fell to the ground. Agent Copenhaver approached PEREZ, holstered his taser, and attempted to place him in handcuffs. PEREZ resisted by actively concealing his hands from Agent Copenhaver. A struggle ensued and again PEREZ rose to his feet. PEREZ then grabbed Agent Copenhaver by his uniform and shoved him into some bushes, but Agent Copenhaver was able to maintain his balance and stayed on his feet. PEREZ then again turned around and ran away. Agent Copenhaver removed his taser and again deployed it to PEREZ's back. PEREZ again became immobilized and fell. Agent Copenhaver holstered his taser, approached PEREZ and was able to place PEREZ in handcuffs. Another Border Patrol agent arrived and escorted PEREZ out of the brush to nearby Border Patrol vehicles, where the remaining two individuals were waiting, earlier apprehended by Border Patrol agents. Agent Copenhaver approached the three individuals, including PEREZ, and conducted an immigration inspection. All three individuals, including PEREZ, admitted to being citizens of Mexico, without any documents that would allow them to enter or remain in the United States legally. At approximatley 4:20 A.M., Agent Copenhaver placed all three individuals, including PEREZ,

**CONTINUATION OF COMPLAINT:**
**Gregorio PEREZ-Perez**

under arrest.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on February 15, 2013 through New Orleans, Louisiana. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on June 19, 2021 at 10:00 A.M.**

Jon D. Bowen
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on June 18, 2021, in violation of 18 USC 111(a)(1), 8 USC 1326.

HON. RUTH B. MONTENEGRO
United States Magistrate Judge

**11:17 AM, Jun 19, 2021**
Date/Time